IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIDGETTE COMIC, Individually
and as Administratrix of the Estate
of KEYLAN G. COMIC**                                                                 **PLAINTIFF**

v.                          Case No.: 4:19-cv-00777-LPR

**WHITE COUNTY, ARKANSAS,** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of all Defendants on all claims asserted against them.

IT IS SO ADJUDGED this 29th day of September 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE